```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**JO ANN PERCY, Administratrix of the**
**Estate of JEFFREY JEROME LEGGETTE, Deceased**                **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 3:09-cv-687-WHB-RHW**

**HINDS COUNTY, MISSISSIPPI, ET AL.**                          **DEFENDANTS**

<u>**ORDER**</u>

This cause is before the Court on a *sua sponte* review of the Docket.

On September 13, 2017, United States Magistrate Judge Robert H. Walker entered an Order granting the Motion of Ellis Turnage to withdraw as counsel for Plaintiff, Jo Ann Percy ("Percy"), who brought suit, in part, as Administratrix of the Estate of Jeffery Jerome Leggette. <u>See</u> Order [Docket No. 226]. By the subject Order, Turnage was required to serve a copy of the Order upon Percy, certified mail, return receipt requested, and thereafter file a certificate evidencing such service with the Clerk of Court. The required certificate was timely filed. <u>See</u> [Docket No. 227].

By Judge Walker's Order, Percy was granted thirty days in which to employ new counsel and have that counsel enter a written appearance in this case. Percy was specifically warned that a failure to comply with the Order within the specified time period would subject her lawsuit to dismissal. To date, no other attorney

has entered a written appearance on Percy's behalf. As Percy has failed to comply with the September 13, 2017, Order of the Court, the Court finds all remaining claims she has alleged in this lawsuit should be dismissed without prejudice in accordance with that Order.

For the foregoing reasons:

IT IS THEREFORE ORDERED that all remaining claims alleged by Plaintiff, Jo Ann Percy, in this lawsuit are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Order in the United States Mail addressed to the following:

> Jo Ann Percy
> 5255 Manhattan Road, Apt. G-8
> Jackson, MS 39206

SO ORDERED this the 20th day of October, 2017.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE