```
      IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                NORTHERN DIVISION
```

JO ANN PERCY, Administratrix of the
Estate of JEFFREY JEROME LEGGETTE, Deceased          PLAINTIFF

VS.                          CIVIL ACTION NO. 3:09-cv-687-WHB-RHW

HINDS COUNTY, MISSISSIPPI, ET AL.                    DEFENDANTS

## FINAL ORDER OF DISMISSAL

In accordance with the October 20, 2017, Order by which all remaining claims alleged by Plaintiff, Jo Ann Percy, in this lawsuit were dismissed without prejudice:

IT IS HEREBY ORDERED that the above referenced case is dismissed.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Final Order of Dismissal in the United States Mail addressed to the following:

>   Jo Ann Percy
>   5255 Manhattan Road, Apt. G-8
>   Jackson, MS 39206

SO ORDERED this the 20th day of October, 2017.

>                                   s/ William H. Barbour, Jr.
>                                   UNITED STATES DISTRICT JUDGE